HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEKO SERVICES, INC., a Washington Corporation<br><br>Plaintiff,<br><br>v.<br><br>BETHEL ENVIRONMENTAL SOLUTIONS, LLC, an Alaskan Limited Liability Company<br><br>Defendant. | Case No.: 2:18-cv-00453<br><br>IN ADMIRALTY<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS<br><br>(Clerk's action required) |

## **STIPULATION**

The parties to this action, by and through their counsel of record, stipulate that the parties' claims and counterclaims have been fully settled and should be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 13th day of August, 2018.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean
Donald K. McLean, WSBA 24158
/s/ Amy I. Paden
Amy I. Paden, WSBA 50784
Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

/s/ Kate Kennedy
Kate Kennedy, WSBA No. 44217
/s/ Traeger Machetanz
Traeger Machetanz, WSBA No. 19981
Attorneys for Defendant

//

//

STIPULATED MOTION AND [PROPOSED]
ORDER TO DISMISS- 1
Case No.: 2:18-cv-00453 RSL

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

# ORDER

Pursuant to the foregoing stipulation, it is hereby ORDERED that the above-captioned action shall be dismissed; and no fees or costs are awarded to either party.

DATED this 17th day of Aug., 2018.

/s/ Robert S. Lasnik
Honorable Judge Robert S. Lasnik

Presented by:

BAUER MOYNIHAN & JOHNSON

/s/ Donald K. McLean
Donald K. McLean, WSBA 24158
/s/ Amy I. Paden
Amy I. Paden, WSBA 50784
*Attorneys for Plaintiff Heko Services, Inc.*

Approved as to form:

DAVIS WRIGHT TREMAINE LLP

/s/ Kate Kennedy (per email authorization)
Kate Kennedy, WSBA No. 44217
/s/ Trager Machetanz (per email authorization)
Traeger Machetanz, WSBA No. 19981
*Attorneys for Defendant Bethel Environmental Solutions, LLC*

STIPULATED MOTION AND [PROPOSED]
ORDER TO DISMISS- 2
Case No.: 2:18-cv-00453 RSL

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400